IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

CONRAD PREVOST, as Assignee of the rights )
Of ISLANDS MECHANICAL CONTRACTORS, ) CIVIL NO. 2013-46
INC., )
)
)
Plaintiff, )
v. )
)
WESTCHESTER FIRE INSURANCE COMPANY )
d/b/a ACE WESTCHESTER FIRE )
INSURANCE COMPANY (ACE), )
)
Defendant. )

## MEDIATION REPORT

Pursuant to the Court Order for Mediation, a mediation conference was held on the 25th day of April 2014.

The following were present:

✓ 1. All Plaintiffs.

✓ 2. Plaintiff's trial counsel.

___ 3. If Plaintiff is not an individual, the representative who appeared had total authority.

___ 4. All Defendants.

✓ 5. Defendant's trial counsel.

✓ 6. If Defendant is not an individual, the representative who appeared had total authority.

The result of the mediation conference is as follows:

✓ The conflict has been completely resolved. The parties are submitting a Stipulation Agreement and/or Notice of Dismissal.

___ The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:

___ The parties have reached a total impasse, all issues require Court action.

**Mediation Report**
**Page Two**
Conrad Prevost, Jr. as Assignee of the rights of Islands Mechanical Contractors, Inc. v. Westchester Fire Insurance Company d/b/a Ace Westchester Fire Insurance Company (ACE)
Civil No. 2013-46

_____   The matter has been recessed for further mediation.

_____   Other:

DATE: *April 28, 2014*
AMERICAN MEDIATION INSTITUTE

Henry C. Smock, Esq.
Mediator
P.O. Box 1498
St. Thomas, VI 00804
340-777-5737

Distribution:
Lee J. Rohn, Esq.
Carl Beckstedt, Esq.