IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| CONRAD PREVOST, JR. as Assignee of the rights of Islands Mechanical Contractors, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> WESTCHESTER FIRE INSURANCE COMPANY d/b/a ACE WESTCHESTER FIRE INSURANCE COMPANY (ACE), <br><br> Defendant(s). | Civil No. 1:13-CV-046 |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff CONRAD PREVOST, JR. as Assignee of the rights of Islands Mechanical Contractors, Inc., ("Plaintiff"), and Defendant WESTCHESTER FIRE INSURANCE COMPANY ("Defendant"), by and through their undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of all claims and counterclaims in this matter. Each party shall bear his/its own attorneys' fees and costs.

Respectfully submitted,

                                                  **BECKSTEDT & ASSOCIATES**
Attorneys for Defendant Westchester Fire Insurance Company

DATED: June 17, 2014    BY:    /s/ Carl A. Beckstedt III, Esq.
Carl A. Beckstedt III, Esq.
VI Bar No. 684
2162 Church Street
St. Croix, VI 00820-4604
Tel. 340-719-8086
Carl@BeckstedtLaw.com

    And

Angelo G. Savino, Esq.
*Pro hac vice*
Cozen O'Connor
45 Broadway
New York, NY 10006
Tel. 212-509-9400
asavino@cozen.com


**LEE J. ROHN AND ASSOCIATES, LLC**
Attorneys for Plaintiff

Dated: June 17, 2014    By:    /s/ Lee J. Rohn, Esq.
Lee J. Rohn, Esq.
V.I. Bar No. 52
1101 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820

18895900\1